Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Maria Aycock

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| MARIA AYCOCK,<br><br>  Plaintiff,<br><br>  vs.<br><br>FLOURISH, INC. et. al.,<br><br>  Defendants. | Federal Case No.: 2:18-cv-00497-TLN-DB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS FLOURISH, INC AND LENDUP CARD SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Maria Aycock, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendants Flourish, Inc. and LendUp Card Services, Inc. as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants Flourish, Inc. and LendUp Card Services, Inc. have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against both Defendants for all purposes and without an Order of the Court.

Dated: May 16, 2018                    Sagaria Law, P.C.

By: _*/s/ Elliot W. Gale*_
Elliot W. Gale
Attorneys for Plaintiff
Maria Aycock